UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARUQ ROSE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 1:23-cv-00582-CDB (PC)<br><br>ORDER TO PAY FILING FEE IN FULL OR SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

　　　Plaintiff is a federal prisoner proceeding *pro se* in this civil rights action filed under *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971). Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

　　　Accordingly, it is ORDERED that, **within forty-five (45) days** from the date of service of this Order, Plaintiff shall prepay the $402.00 filing fee in full OR submit the attached application to proceed *in forma pauperis*, completed and signed. **Plaintiff's failure to comply with this Order will result in a recommendation for dismissal of the action without further notice.**

　　　The Clerk of Court is directed to provide Plaintiff with an *in forma pauperis* application.

IT IS SO ORDERED.

　　Dated:　**April 17, 2023**　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE