UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARUQ ROSE,<br><br>           Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Case No. 1:23-cv-00582-ADA-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION<br><br>(ECF No. 7) |

      Plaintiff Faruq Rose ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 21, 2023, the Magistrate Judge issued findings and recommendations to dismiss this case for lack of subject-matter jurisdiction. (ECF No. 7.) The Court advised: "**Within fourteen (14) days** after being served with these Findings and Recommendations, the parties may file written objections with the Court." (*Id.* at 8 (emphasis in original).) Plaintiff has not filed objections, and the time to do so has passed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. After carefully reviewing the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 21, 2023, (ECF No. 7), are ADOPTED in full;
2. The order to pay the filing fee or submit an application to proceed *in forma pauperis*, (ECF No. 6), is VACATED;
3. This action is DISMISSED for lack of subject-matter jurisdiction; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 30, 2023

UNITED STATES DISTRICT JUDGE